AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Khalsa, Kirtan K. | United States District Court for the District of New Mexico | 5/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge (full-time) | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Pete V. Domenici United States Courthouse
333 Lomas Blvd.
Albuquerque, NM 87102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Khalsa, Kirtan K. | 5/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Fine Law Firm, Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Khalsa, Kirtan K.** | 5/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Albuquerque Academy | Tuition Agreement | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Khalsa, Kirtan K. | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PruLife Custom Premier II Life Insurance Policy (2 policies) | A | Int./Div. | J | T | | | | | |
| 2. Scholars Edge 529 Plan Age 9-11 Years Portfolio A | | None | J | T | | | | | |
| 3. Land Tract 1, Bernalillo County, NM | | None | M | W | | | | | |
| 4. Land Tract 1, Sandoval County, NM | | None | J | W | | | | | |
| 5. Land Tract 2, Sandoval County, NM | | None | K | W | | | | | |
| 6. Land Tract 3, Sandoval County, NM | | None | K | W | | | | | |
| 7. SEP-IRA | | | | | | | | | |
| 8. - Altaba Inc. (AABA) | | None | J | T | Buy | 01/30/18 | J | | |
| 9. - Apple Inc. Stock (AAPL) | B | Dividend | M | T | | | | | |
| 10. - Apple Inc. Stock (AAPL) | | | | | Buy (add'l) | 01/09/18 | K | | |
| 11. - Apple Inc. Stock (AAPL) | | | | | Buy (add'l) | 01/26/18 | K | | |
| 12. - Apple Inc. Stock (AAPL) | | | | | Buy (add'l) | 01/30/18 | K | | |
| 13. - Apple Inc. Stock (AAPL) | | | | | Buy (add'l) | 02/08/18 | K | | |
| 14. - Apple Inc. Stock (AAPL) | | | | | Sold (part) | 05/09/18 | L | D | |
| 15. - Apple Inc. Stock (AAPL) | | | | | Buy (add'l) | 05/17/18 | K | | |
| 16. - Apple Inc. Stock (AAPL) | | | | | Buy (add'l) | 05/29/18 | K | | |
| 17. - Apple Inc. Stock (AAPL) | | | | | Buy (add'l) | 06/08/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Apple Inc. Stock (AAPL) | | | | | Sold (part) | 07/11/18 | L | C | |
| 19. - Apple Inc. Stock (AAPL) | | | | | Buy (add'l) | 07/13/18 | M | | |
| 20. - Apple Inc. Stock (AAPL) | | | | | Buy (add'l) | 07/19/18 | K | | |
| 21. - Apple Inc. Stock (AAPL) | | | | | Buy (add'l) | 11/06/18 | K | | |
| 22. - Facebook Inc. CL A (FB) | | None | K | T | | | | | |
| 23. - Facebook Inc. CL A (FB) | | None | | | Buy (add'l) | 01/26/18 | J | | |
| 24. - Facebook Inc. CL A (FB) | | | | | Sold | 05/14/18 | K | B | |
| 25. - Facebook Inc. CL A (FB) | | None | | | Buy | 05/17/18 | K | | |
| 26. - Facebook Inc. CL A (FB) | | None | | | Buy (add'l) | 06/08/18 | J | | |
| 27. - Facebook Inc. CL A (FB) | | | | | Sold | 07/10/18 | K | C | |
| 28. - Facebook Inc. CL A (FB) | | None | | | Buy | 07/19/18 | K | | |
| 29. - Facebook Inc. CL A (FB) | | None | | | Buy (add'l) | 07/30/18 | J | | |
| 30. - Alibaba Group Holding Ltd. (BABA) | | | | | Sold | 01/25/18 | K | C | |
| 31. - Alibaba Group Holding Ltd. (BABA) | | None | | | Buy | 01/30/18 | K | | |
| 32. - Alibaba Group Holding Ltd. (BABA) | | None | | | Buy (add'l) | 02/08/18 | J | | |
| 33. - Alibaba Group Holding Ltd. (BABA) | | None | | | Buy (add'l) | 05/29/18 | K | | |
| 34. - Alibaba Group Holding Ltd. (BABA) | | None | L | T | Buy (add'l) | 06/13/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Khalsa, Kirtan K. | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Netflix Inc. (NFLX) | | | | | Sold | 01/25/18 | K | D | |
| 36. - Netflix Inc. (NFLX) | | None | | | Buy | 05/17/18 | K | | |
| 37. - Netflix Inc. (NFLX) | | | | | Sold | 05/29/18 | K | C | |
| 38. - Netflix Inc. (NFLX) | | None | | | Buy | 07/16/18 | K | | |
| 39. - Netflix Inc. (NFLX) | | None | | | Buy (add'l) | 07/17/18 | J | | |
| 40. - Netflix Inc. (NFLX) | | None | K | T | Buy (add'l) | 07/19/18 | J | | |
| 41. - Orexigen Therapeutics Inc (OREX) (Y) | | | | | | | | | |
| 42. - Twitter Inc. (TWTR) | | | | | Sold | 07/10/18 | J | B | |
| 43. - Twitter Inc. (TWTR) | | None | J | T | Buy | 07/12/18 | J | | |
| 44. - Bravatek Solutions Inc. (ECRYD) (Y) | | | | | | | | | |
| 45. - Ecrypt Technologies Inc. (ECRY) (Y) | | | | | | | | | |
| 46. - Tesla Inc. (TSLA) | | None | | | Buy | 01/25/18 | K | | |
| 47. - Tesla Inc. (TSLA) | | None | K | T | Buy (add'l) | 01/26/18 | J | | |
| 48. Alphabet Inc. Class A (GOOGL) | | None | | | Buy | 02/06/18 | K | | |
| 49. Alphabet Inc. Class A (GOOGL) | | None | | | Sold | 05/10/18 | K | A | |
| 50. Alphabet Inc. Class C (GOOG) | | None | | | Buy | 01/26/18 | L | | |
| 51. Alphabet Inc. Class C (GOOG) | | None | | | Buy (add'l) | 05/15/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Khalsa, Kirtan K. | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Alphabet Inc. Class C (GOOG) | | None | | | Sold | 07/10/18 | M | C | |
| 53. - Spotify Technology SA (SPOT) | | None | K | T | Buy | 07/13/18 | K | | |
| 54. - Vanguard Prime Money Market Fund | A | Dividend | K | T | | | | | |
| 55. - Vanguard Prime Money Market Fund | | | | | Sold (part) | 01/09/18 | K | | |
| 56. - Vanguard Prime Money Market Fund | | | | | Buy (add'l) | 01/25/18 | L | | |
| 57. - Vanguard Prime Money Market Fund | | | | | Sold (part) | 01/26/18 | K | | |
| 58. - Vanguard Prime Money Market Fund | | | | | Sold (part) | 01/30/18 | M | | |
| 59. - Vanguard Prime Money Market Fund | | | | | Sold (part) | 02/08/18 | K | | |
| 60. - Vanguard Prime Money Market Fund | | | | | Buy (add'l) | 05/09/18 | L | | |
| 61. - Vanguard Prime Money Market Fund | | | | | Buy (add'l) | 05/14/18 | L | | |
| 62. - Vanguard Prime Money Market Fund | | | | | Buy (add'l) | 05/16/18 | L | | |
| 63. - Vanguard Prime Money Market Fund | | | | | Sold (part) | 05/17/18 | M | | |
| 64. - Vanguard Prime Money Market Fund | | | | | Sold (part) | 05/29/18 | K | | |
| 65. - Vanguard Prime Money Market Fund | | | | | Sold (part) | 06/08/18 | K | | |
| 66. - Vanguard Prime Money Market Fund | | | | | Buy (add'l) | 07/10/18 | K | | |
| 67. - Vanguard Prime Money Market Fund | | | | | Buy (add'l) | 07/11/18 | L | | |
| 68. - Vanguard Prime Money Market Fund | | | | | Buy (add'l) | 07/12/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Khalsa, Kirtan K. | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Vanguard Prime Money Market Fund | | | | | Sold (part) | 07/13/18 | M | | |
| 70. - Vanguard Prime Money Market Fund | | | | | Sold (part) | 07/16/18 | K | | |
| 71. - Vanguard Prime Money Market Fund | | | | | Sold (part) | 07/17/18 | J | | |
| 72. - Vanguard Prime Money Market Fund | | | | | Sold (part) | 07/19/18 | L | | |
| 73. - Vanguard Prime Money Market Fund | | | | | Sold (part) | 07/30/18 | J | | |
| 74. - Vanguard Prime Money Market Fund | | | | | Buy (add'l) | 10/22/18 | K | | |
| 75. - Vanguard Prime Money Market Fund | | | | | Sold (part) | 11/06/18 | K | | |
| 76. - Vanguard Target Retirement 2035 Mutual Fund | B | Dividend | L | T | | | | | |
| 77. - Vanguard Target Retirement 2035 Mutual Fund | | | | | Sold (part) | 05/15/18 | L | A | |
| 78. - Vanguard Target Retirement 2035 Mutual Fund | | | | | Sold (part) | 10/19/18 | L | A | |
| 79. Vanguard NM Unif. Transfer to Minors Account | | | | | | | | | |
| 80. - Vanguard Target Retirement 2025 Mutual Fund | | None | | | Sold | 05/15/18 | J | A | |
| 81. - Vanguard Prime Money Market | A | Dividend | J | T | | | | | |
| 82. - Vanguard Prime Money Market Fund | | | | | Sold (part) | 01/09/18 | J | | |
| 83. - Vanguard Prime Money Market Fund | | | | | Buy (add'l) | 05/15/18 | J | | |
| 84. - Vanguard Prime Money Market Fund | | | | | Sold (part) | 05/17/18 | J | | |
| 85. - Apple Inc. (AAPL) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Khalsa, Kirtan K. | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Apple Inc. (AAPL) | | | | | Buy | 01/09/18 | J | | |
| 87. - Apple Inc. (AAPL) | | | | | Buy (add'l) | 05/17/18 | J | | |
| 88. Vanguard NM Unif. Transfer to Minors Account | | | | | | | | | |
| 89. - Vanguard Target Retirement 2020 Mutual Fund | | None | | | Sold | 05/16/18 | J | A | |
| 90. - Exone (XONE) | | None | J | T | | | | | |
| 91. - Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 92. - Vanguard Prime Money Market Fund | | | | | Sold (part) | 01/09/18 | J | | |
| 93. - Vanguard Prime Money Market Fund | | | | | Buy (add'l) | 05/16/18 | J | | |
| 94. - Vanguard Prime Money Market Fund | | | | | Sold (part) | 05/17/18 | J | | |
| 95. - Vanguard Prime Money Market Fund | | | | | Sold (part) | 05/29/18 | J | | |
| 96. - Apple Inc. (AAPL) | A | Dividend | J | T | | | | | |
| 97. - Apple Inc. (AAPL) | | | | | Buy | 01/09/18 | J | | |
| 98. - Apple Inc. (AAPL) | | | | | Buy (add'l) | 05/17/18 | J | | |
| 99. - Apple Inc. (AAPL) | | | | | Buy (add'l) | 05/29/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Khalsa, Kirtan K. | 5/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Khalsa, Kirtan K. | 5/15/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kirtan K. Khalsa**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544